UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANE L. BAKER,

               Plaintiff,

          -against-

ANDREW M. SAUL, COMMISSIONER OF SOCIAL
SECURITY,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/2020

17 Civ. 8433 (AT) (DCF)

**ORDER**

ANALISA TORRES, District Judge:

    Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 50, of the Honorable Debra C. Freeman, the Court reviewed the R&R for clear error, and found none. *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).

    The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Plaintiff's motion for attorney's fees is GRANTED to the extent that Defendant is ORDERED to pay $8,156.33 in fees and expenses directly to Plaintiff, and is otherwise DENIED. R&R at 12. Plaintiff's motion for oral argument is DENIED. *Id.*

    The Clerk of Court is directed to terminate the motions at ECF Nos. 31 and 42, and close the case.

    SO ORDERED.

Dated: May 28, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge